1
 2025 CO 36 Jefferson County, Colorado, Petitioner v. Krista Dozier. Respondent No. 23SC483
Supreme Court of Colorado, En Banc
June 30, 2025
           Court
 of Appeals Case No. 21CA1726
 
 
 
          
 Petition for Rehearing DENIED.
 
 
          RULE
 CHANGE
 
 
           Rule
 Change 2025(15) has been issued and is accessible
 here
 
 
          RULE
 CHANGE 2025(15)
 
 
          
 COLORADO RULES OF CRIMINAL PROCEDURE Rule 24
 
 
          Amended
 and Adopted by the Court, En Banc, June 26, 2025, effective
 January 2, 2026.